## JAS. A. BURRIS v. JOHN A. GOSE.

(No. 758, Op. Book No. 3, p. 424.)

APPEAL from Lamar County.  Opinion by CLARK, J.

§ 74. *Damages, exemplary.*  Exemplary damages can only be recovered at the suit of the injured party.  Thus, when money was wrongfully taken from A. by B., and thereafter A. assigned the money to C., in a suit by C. to recover the money and exemplary damages of B., it was held that he was only entitled to recover the money and legal interest.

June 9, 1880.          Reversed and remanded.